**Order entered November 13, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00982-CV

### JOHN H. GEORGE, Appellant

### V.

### MARIA GUADALUPE GEORGE, Appellee

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-11713**

## ORDER

Before the Court is appellant's October 31, 2018 request for a partial reporter's record. Attached to the request is appellant's October 24, 2018 email correspondence to Janet Saavedra, Official Court Reporter for the 254th Judicial District Court, designating the requested portions of the reporter's record. Accordingly, we **ORDER** Ms. Saavedra to file the partial reporter's record **WITHIN THIRTY DAYS** of the date of this order.

/s/    ADA BROWN
       JUSTICE